UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEMARK NELSON

VERSUS

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, ET AL.

CIVIL ACTION

23-767-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson. dated April 15, 2024, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED without prejudice pursuant to Fed. Rules Civ. P. 16 and 37.

Signed in Baton Rouge, Louisiana, on this 5th day of June, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 24.